UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

    JANIT WILLIAMS

Case No: _____16-12298_____

Chapter: _____13_____

Hearing Date:_____

Judge: _Rosemary Gambardella_____

**DEBTOR'S OBJECTION to TRUSTEE'S MOTION to DISMISS CASE or DIRECT EMPLOYER to PAY TRUSTEE or for ENTRY of an ORDER for DEFAULT CLAUSE**

Recommended Local Form: ☐ Followed ☒ Modified

Debtor, Janit Williams, objects to the Standing Chapter 13 Trustee's Motion to Dismiss to Case or Direct Employer to Pay Trustee or for Entry of an Order for Default Clause.

1. When Debtor attempted to make the March 2021 and April 2021 payments, the system prevented her from making the payment. As a result, Debtor is mailing in the plan payments for March 2021 and April 2021;

2. Debtor is sixty-two (62) months into a sixty (60) month plan;

3. Accordingly, Debtors object to the Standing Chapter 13 Trustee's Motion to Dismiss to Case or Direct Employer to Pay Trustee or for Entry of an Order for Default Clause.

Dated:     April 28, 2021                                      /S/ Dionne L. Wade
                                                                                                         Dionne L. Wade, Esq.