RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Tara J. Schellhorn, Esq. (TS-8155)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
tschellhorn@riker.com

and

MILES & STOCKBRIDGE PC
Dana Sirkis Gloor, Esq. (*pro hac vice* admission pending)
Kristen S. Eustis, Esq. (*pro hac vice* admission pending)
100 Light Street, FL 10
Baltimore, MD 21202
Telephone: (410) 727-6464
dgloor@milesstockbridge.com
keustis@milesstockbridge.com

*Counsel to Janney Montgomery Scott LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:<br><br>LAURENCE M. BRAUNSTEIN,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-17496 (VFP)<br><br>**CERTIFICATION OF SERVICE** |
|---|---|

1.  I, Silva Dechoyan:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Tara J. Schellhorn, who is counsel to Janney Montgomery Scott, LLC in the above-captioned matter.

☐ am the _____ in the above case and am representing myself.

2.  On May 15, 2020, I sent a copy of the following pleading and/or document via email to Scott Rever, Esq. at the address listed in the chart below:

(i) Amendment to Motion of Janney Montgomery Scott, LLC to File Under Seal its Motion for Entry of an Order Disqualifying Scott S. Rever, Esq. and Wasserman, Jurista & Stolz, P.C. from Serving as Counsel to the Debtor and Related Reply [Docket No. 106]

(ii) Order Concerning Request to Seal Documents [Docket No.106-1]; and

(iii) Reply of Janney Montgomery Scott, LLC in Further Support of Janney's Motion for Entry of an Order Disqualifying Scott Rever, Esq., and Wasserman, Jurista & Stolz, P.C., from Serving as Counsel to Debtor.

3. On  May 15, 2020 , I sent a copy of the following pleading and/or document to the parties listed in the chart below:

(i) Amendment to Motion of Janney Montgomery Scott, LLC to File Under Seal its Motion for Entry of an Order Disqualifying Scott S. Rever, Esq. and Wasserman, Jurista & Stolz, P.C. from Serving as Counsel to the Debtor and Related Reply [Docket No. 106]; and

(ii) Order Concerning Request to Seal Documents [Docket No. 106-1].

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 15, 2020               /s/ Silva Dechoyan
                                  Silva Dechoyan

| **Name and Address of Part Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Scott S. Rever, Esq.<br>Wasserman, Jurista & Stolz<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>srever@wjslaw.com | Counsel to Debtor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☒ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Department of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5504 | United States Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Eric Raymond Perkins<br>Joseph G. Harraka, Jr.<br>Allen J. Underwood, II<br>Becker LLC<br>354 Eisenhower Parkway<br>Suite 2800<br>Livingston, NJ 07039<br>eperkins@becker.legal<br>ajunderwood@becker.legal<br>jgharraka@becker.legal | Counsel to Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Rocco Luisi, Esq.<br>Jaffe & Asher LLP<br>80 East Ridgewood Avenue<br>3rd Floor<br>Paramus, NJ 07652 | Counsel to Morgan Stanley Smith Barney LLC and Morgan Stanley Smith Barney FA Notes Holdings LLC | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Part Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John R. Morton, Jr., Esq.<br>Morton & Craig, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057 | Counsel to Lincoln Automotive Financial Services; Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto; Ford Motor Credit Company, LLC | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Valerie Smith<br>Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>P.O. Box 41021<br>Norfolk, VA 23541 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Karen B. Olsen, Esq.<br>Knuckles, Komosinski & Manfro, LLP<br>565 Taxter Road, Suite 590<br>Elmsford, NY 10523 | Counsel to PennyMac Loan Services, LLC | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| All parties who receive notice via Court's CM/ECF system | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ Overnight Delivery (i.e. FedEx)<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

5139349v1