**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)
WASSERMAN, JURISTA & STOLZ, P.C.
110 Allen Road, Suite 304
Basking Ridge, New Jersey 07920
Tele: (973) 467-2700 / Fax: (973) 467-8126
Counsel for Debtor

In Re:

**LAURENCE M. BRAUNSTEIN,**

Debtor.

Case No.: 18-17496 SLM

Chapter: 7

Hearing Date:

Judge: Vincent F. Papalia

**CERTIFICATION OF SERVICE**

1. I, Denise R. Mendez

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Scott S. Rever, Esq. who represents the Debtor in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On May 15, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    a. Amendment To Motion For Entry Of An Order Concerning Request To Seal Documents and proposed Order Concerning Request to Seal Documents (Document Number 105); and

    b. Proposed Restricted Documents.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 15, 2020                                  */s/ Denise R. Mendez*
                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| D. Sirkis Gloor, Esq.<br>M. Burnett, Esq.<br>Miles & Stockbridge PC<br>100 Light St.<br>Baltimore, MD 21202 | Counsel for Janney Montgomery Scott LLC | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other-Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tara Schellhorn, Esq.<br>Riker, et al. | Local Counsel for Janney Montgomery Scott LLC | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*