| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**BECKER LLC**<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>BARRY S. CRANE, ESQ.<br>bcrane@becker.legal<br>Attorneys for Eric R. Perkins, Chapter 7 Trustee | |
| In re:<br><br>LAURENCE M. BRAUNSTEIN,<br><br>      Debtor. | Case No. 18-17496 (VFP)<br><br>Chapter   7<br><br>Judge:  Hon. Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, Guadalupe Rodriguez:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Becker LLC , who represents Eric R. Perkins, Chapter 7 Trustee in this matter.

    ☐ am the _____ in the above case and am representing myself.

2. On May 19, 2020, I sent a copy of the following pleadings and/or documents to the parties listed on chart below:

    Order Granting Limited Extension of Deadline For Commencing Avoidance Actions Through and Including May 22, 2020 and Provided Related Relief [82]; and

    Notice Motion of Eric R. Perkins, As Chapter 7 Trustee, for Order Pursuant to 11 U.S.C. Section 546(a) and FED. R. Bankr. P. 9006(b)(I) Extending the Deadline for

Commencing Avoidance Actions Through and Including July 15, 2020, and (II) Granting Other Related Relief and supporting documents [Document No. 74], with accompanying Verified Application in Support [Document No. 74-1], and Proposed Order [74-2].

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATED: May 19, 2020                /s/ Guadalupe Rodriguez
                                                              Guadalupe Rodriguez

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| 66 Orange St. Housing Corp.<br>c/o Goldin Management Inc., Registered Agent<br>25 8th Avenue<br>Brooklyn, NY 11217 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Bank of America<br>173 South Street<br>Newark, NJ 07105 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| BMW of North America, LLC<br>c/o The Corporation Trust Company, Registered Agent<br>920 Bear Tavern Road<br>West Trenton, NJ 08628. | | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Chase Bank<br>744 Broad Street<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Credit One Bank<br>Attention: Legal Department<br>6801 S. Cimarron Road<br>Las Vegas, Nevada 89113<br>(Headquarters) | | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Farm Credit East<br>9 County Road 618<br>Lebanon, NJ 08833 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

| Party | | Method |
|---|---|---|
| Great Lakes Educational Loan Services, Inc.<br>2401 International Lane<br>Madison, WI 53704 | | ☐Hand-delivered<br>☒Regular Mail<br>☒Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>(as authorized by the court*) |
| Hudson City Savings Bank<br>60 Park Place<br>Newark, New Jersey 07102 | | ☐Hand-delivered<br>☒Regular Mail<br>☒Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>(as authorized by the court*) |
| Higher One Inc.<br>c/o The Corporation Trust Company, Registered Agent<br>820 Bear Tavern Road<br>West Trenton, NJ 08628 | | ☐Hand-delivered<br>☒Regular Mail<br>☒Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>(as authorized by the court*) |
| Merrick Investors Bank<br>2150 Merrick Road<br>Merrick, NY 11566 | | ☐Hand-delivered<br>☒Regular Mail<br>☒Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>(as authorized by the court*) |
| LIPA<br>Long Island Power Authority<br>333 Earle Ovington Blvd.<br>Suite 403<br>Uniondale, NY 11553 | | ☐Hand-delivered<br>☒Regular Mail<br>☒Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>(as authorized by the court*) |
| Massachusetts MU EB<br>c/o Corporation Creations Network, Inc., Registered Agent<br>12 Christopher Way #200<br>Eatontown, NJ 07724 | | ☐Hand-delivered<br>☒Regular Mail<br>☒Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>(as authorized by the court*) |

| Name and Address | | Method |
|---|---|---|
| Merrick Investors Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | | ☐Hand-delivered<br>☒Regular Mail<br>☒Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>   (as authorized by the court*) |
| Morgan Stanley Smith Barney LLC<br>c/o The Corporation Trust Company, Registered Agent<br>820 Bear Tavern Road<br>West Trenton, New Jersey 08628 | | ☐Hand-delivered<br>☒Regular Mail<br>☒Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>   (as authorized by the court*) |
| Ocean Dunes Club Condominium<br>c/o Frank Ciufia, Registered Agent<br>344 Killarney Drive<br>Toms River, NJ 08753 | | ☐Hand-delivered<br>☒Regular Mail<br>☒Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>   (as authorized by the court*) |
| PennyMac Corp.<br>c/o The Corporation Trust Company, Registered Agent<br>820 Bear Tavern Road<br>West Trenton, NJ 08628 | | ☐Hand-delivered<br>☒Regular Mail<br>☒Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>   (as authorized by the court*) |
| Qualipedia By Dawn Bryan Ltd.<br>d/b/a Qualipedia<br>c/o Dawn Bryan, Registered Agent<br>3B Cove Lane<br>North Bergen, NJ 07047 | | ☐Hand-delivered<br>☒Regular Mail<br>☒Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>   (as authorized by the court*) |
| Satori/Greystar Management<br>c/o FCO<br>12304 Baltimore Ave., #E<br>Beltsville, MD 20705 | | ☐Hand-delivered<br>☒Regular Mail<br>☒Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>   (as authorized by the court*) |

| Name and Address | | Method |
|---|---|---|
| The Sheffield at Englewood South<br>c/o Peter S. Hekemian, (RA)<br>The S. Hekemian Group<br>10 Sterling Blvd. Suite 401<br>Englewood, NJ 07631 | | ☐Hand-delivered<br>☒Regular Mail<br>☒Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>(as authorized by the court*) |
| SHG Englewood<br>c/o Peter S. Kekemian, Registered Agent<br>The S. Hekemian Group<br>10 Sterling Blvd. Suite 401<br>Englewood, NJ 07631 | | ☐Hand-delivered<br>☒Regular Mail<br>☒Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>(as authorized by the court*) |
| Stevens & Lee, P.C.<br>c/o Richard J. Pinto, Registered Agent<br>100 Lenox Drive<br>Suite 200<br>Lawrenceville, NJ 08648-2332 | | ☐Hand-delivered<br>☒Regular Mail<br>☒Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>(as authorized by the court*) |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | | ☐Hand-delivered<br>☒Regular Mail<br>☒Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>(as authorized by the court*) |
| Visa (Legacy Card Services)<br>First National Bank<br>810 Broad Street<br>Newark, New Jersey 07102 | | ☐Hand-delivered<br>☒Regular Mail<br>☒Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>(as authorized by the court*) |
| Wealth Partners LLC<br>10 Waccabuc Road<br>Gardens Bridge, NY 10526 | | ☐Hand-delivered<br>☒Regular Mail<br>☒Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other_____<br>(as authorized by the court*) |

| Wells Fargo Bank<br>27 Bloomfield Avenue<br>North Caldwell, NJ 07006 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |