| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1** | |
| **BECKER LLC**<br>Eisenhower Plaza Two, Suite 1500<br>354 Eisenhower Parkway<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Counsel to Eric R. Perkins, Chapter 7 Trustee for the Debtor, Laurence Braunstein<br>JUSTIN S. BAUMGARTNER, ESQ.<br>Email: jbaumgartner@becker.legal | |
| In re:<br><br>LAURENCE M. BRAUNSTEIN,<br><br>                Debtor. | Chapter 7<br><br>Case No. 18-17496<br><br>Judge: Hon. Vincent F. Papalia, U.S.B.J. |
| ERIC R. PERKINS, CHAPTER 7 TRUSTEE,<br><br>                Plaintiff,<br><br>v.<br><br>M & T BANK CORPORATION,<br><br>                Defendant. | Adversary No. 20-01269<br><br>**Hearing Date: August 24, 2021**<br>            **at 10:00 a.m.** |

## CERTIFICATION OF SERVICE

1. I, Mary Ann Ambrose:

   ☐ represent the_____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Becker LLC, attorneys for Eric R. Perkins, Chapter 7 Trustee____, in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On July 21, 2021, I sent a copy of the following pleadings and/or documents on all parties who receive notices through the Court's CM/ECF system and via regular mail to the parties listed in the attached chart.

    A. *Notice of the Trustee's Motion for the entry of an Order Pursuant to 11 U.S.C. §363 and §502 and Fed. R. Bankr. P. 9019 (I) approving the settlement of all claims by and between the Estate, the Trustee, and Defendant and (II) granting other related Relief (the "Motion");*

    B. *Verified Application in Support of Motion with Exhibit A;*

    C. *Proposed Order; and*

    D. *Notice of Proposed Compromise or Settlement of Controversy.*

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 21, 2021

                                                    /s/ Mary Ann Ambrose
                                                  MARY ANN AMBROSE

**In re Laurence M. Braunstein, Case No. 18-17496 (VFP)**

## Interested Parties

| | |
|---|---|
| Office of United States Trustee<br>One Newark Center, Suite 2100<br>1065 Raymond Boulevard<br>Newark, NJ 07102 | Laurence M. Braunstein<br>240 East Palisade Ave., Apt. B1<br>Englewood, NJ 07631<br>*Debtor* |
| Scott S. Rever, Esq.<br>Wasserman, Jurista & Stolz<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>*Counsel for Debtor* | M&T Bank<br>One M&T Plaza<br>Buffalo, NY 14203<br>*Interested Party* |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>*Attorneys for M&T Bank* | |

## Counsel

| | |
|---|---|
| Darryl S. Laddin<br>Arnall Golden Gregory LLP<br>171 17th Street, NW, Suite 2100<br>Atlanta, Georgia 30363<br>*Counsel for American Express* | Philip Goldstein, Esq.<br>Gregory E. Dapper, Esq.<br>McGuire Woods LLP<br>1251 Avenue of the Americas<br>20th Floor<br>New York, NY 10020<br>*Counsel for Bank of America N.A.* |
| Stephen J. Steinlight, Esq.<br>Troutman Pepper<br>875 Third Avenue<br>New York, NY 10022<br>*Counsel for Capital One National Association* | Michael D. Fielding, Esq.<br>Lindsey M. Greenawald, Esq.<br>HUSCH BLACKWELL LLP<br>555 East Wells Street, Suite 1900<br>Milwaukee, WI 53202<br>*Counsel for Discover Financial Services* |
| Joao Ferreira Magalhaes, Esq.<br>Inglesino, Webster, Wyciskala & Taylor, LLC<br>600 Parsippany Rd, Ste. 204<br>Parsippany, NJ 07054<br>*Counsel for Discover Financial Services* | John R. Morton, Jr., Esq.<br>Morton & Craig, LLC<br>110 Marter Avenue, Ste. 301<br>Moorestown, NJ 08057<br>*Counsel for Creditors, Ford Motor Credit Company, LLC, Lincoln Automotive Financial Services, Wells Fargo Bank N.A. d/b/a Wells Fargo Auto* |

1

| | |
|---|---|
| Dana Sirkis Ofoor, Esq.<br>Tara J. Schellhorn, Esq.<br>Miles & Stockbridge PC<br>100 Light Street, Fl 10<br>Baltimore, MD 21202<br>*Counsel for Creditor, Janney Montgomery Scott, LLC* | Rocco Luisi, Esq./Glenn P. Berger, Esq.<br>Jaffe & Asher LLP<br>445 Hamilton Avenue, Ste. 405<br>White Plains, NY 10601<br>*Counsel for Creditor, Morgan Stanley Smith Barney LLC & MSSB FA Notes Holdings LLC* |
| Karen B. Olson, Esq.<br>Knuckles, Komosinksi & Manfro, LLP<br>565 Taxter Road, Ste. 590<br>Elmsford, NY 10523<br>*Counsel for Creditor, PennyMac Loan Services, LLC* | Gavin Stewart, Esq.<br>401 East Jackson St.<br>Suite 2340<br>Tampa, FL 33602<br>*Counsel for Toyota Motor Credit Company a/k/a TMCC a/k/a Toyota Motor Sales, USA d/b/a Lexis Financial Services* |
| Daryl Laddin, Esq.<br>Arnall, Golden, Gregory LLP<br>171 17th Street NW, Suite 2100<br>Atlanta, GA 30363<br>*Attorney for American Express* | Joann Sternheimer, Esq.<br>Lippes, Mathias, Wexler, Friedman, LLP<br>54 State Street, Ste. 1001<br>Albany, NY  12207-2527 |
| Paul J. Yovanic, Jr., Esq.<br>Seyfarth Sahw LLP<br>233 S. Wacker Drive, Ste. 8000<br>Chicago, IL 60606 | Uri Yahil, Esq.<br>J.P. Morgan Chase & Co.<br>4 New York Plaza, 19th Floor<br>New York, NY 10004 |

**Creditors**

| | |
|---|---|
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Aqua Finance c/o Quantum Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| The Bank of Missouri<br>PO Box 105555<br>Atlanta, GA 30348 | Barbara Schindler Interiors<br>45 Walpole St., Suite 5<br>Norwood, MA 02062 |
| Barclay Card<br>Card Services<br>PO Box 13337<br>Philadelphia, PA 19101-3337 | Capital One Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Care Credit/Synchrony Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 |
| Carmax Auto Finance<br>PO Box 440609<br>Kennesaw, GA 30160 | Chase Bank<br>PO Box 1423<br>Charlotte, NC 28201-1423 |

| | |
|---|---|
| Comenity Bank c/o Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Credit First N.A.<br>PO Box 818011<br>Cleveland, OH 44181-8011 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Emily Braunstein<br>20 West Palisade Ave., Apt. 2230<br>Englewood, NJ 07631 |
| Emily Braunstein<br>20 W. Palisade Ave., #2230<br>Englewood, NJ 07631 | Extra Space Storage<br>524 Grand Ave.<br>Englewood, NJ 07631 |
| Exxon Mobil (Citibard)<br>PO Box 78072<br>Phoenix, AZ 85062-8072 | Fair Collections Outsourcing<br>12304 Baltimore Ave., #E<br>Beltsville, MD 20705 |

| | |
|---|---|
| Febe Cruz and Jose A. Cruz<br>9 Branch Ave<br>Freeport, NY 11520 | First Access Visa<br>PO Box 89028<br>Sioux Falls, SD 57109-9028 |
| First Allied Securities<br>655 W. Broadway, 12th Fl.<br>San Diego, CA 92101 | First National Bank Credit Card<br>PO Box 5097<br>Sioux Falls, SD 57117-5097 |
| First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197 | Ford Motor Credit Company LLC<br>Dept. 55953<br>PO Box 55000<br>Detroit, MI 48255-0953 |
| General Utilities<br>PO Box 9111<br>Plainview, NY 11803-9011 | Jack Nelson<br>106 Monterey Pointe Drive<br>Palm Beach Gardens, FL 33418 |
| Janney Montgomery Scott LLC<br>1717 Arch Street<br>Philadelphia, PA 19103 | John T. Carroll, III, Esq.<br>Cozen O'Conner<br>1201 No. Market St.<br>Suite 1001<br>Wilmington, DE 19801 |
| Jonathan R. Cyprys, Esq.<br>Greenberg Traurig LLP<br>445 Hamilton Ave., 9th Fl.<br>White Plains, NY 10601 | Jordan Braunstein<br>20 West Palisade Ave., #2230<br>Englewood, NJ 07631 |
| Josephine Baez<br>66 Orange St., Apt. 5B<br>Brooklyn, NY 11201 | Juan Torres<br>294 Volta St<br>Copiague, NY 11726 |
| Kohl's<br>PO Box 3043<br>Milwaukee, WI 53201-3043 | Lifecell<br>390 S. Van Brunt St.<br>Englewood, NJ 07631 |
| Lincoln Automotive Financial Services Dept.<br>55953<br>PO Box 55000<br>Detroit, MI 48255-0953 | Mainstar Trust, Custodian<br>f/b/o Martin Braunstein, IRA<br>214 West 9th St., PO Box 420<br>Onaga, KS 66521 |
| Martin Braunstein<br>3 Ellsworth Terrace<br>Montvale, NJ 07645 | Merrick Bank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 |

| | |
|---|---|
| Mid America Bank and Trust Co.<br>PO Box 105555<br>Atlanta, GA 30348-5555 | Morgan Stanley FA Note Holdings LLC<br>Morgan Stanley Smith Barney LLC<br>2000 Westchester Ave<br>Purchase, NY 10577 |
| Muriel Braunstein<br>7114 Warrens Way<br>Wanaque, NJ 07465 | New York City Dept of Finance<br>59 Maiden Lane, 28th Fl. New York, NY<br>10038-4502 |
| PennyMac Loan Services LLC<br>Attn: Correspondence Unit<br>PO Box 514387<br>Los Angeles, CA 90051-4387 | PYOD, LLC, assignee of MHC Receivables,<br>LLC and FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 |
| Rafael Torros<br>59 Richmond St<br>Brooklyn, NY 11208 | Ramon Torros<br>12302 116th Ave<br>South Ozone Park, NY 11420 |
| Saks Fifth Avenue<br>Attn: Customer Care<br>3455 Highway 80 West<br>Jackson, MS 39209 | Satori/Greystar Management<br>c/o FCO<br>12304 Baltimore Ave., #E<br>Beltsville, MD 20705 |
| Service Finance Company LLC<br>555 S. Federal Highway, Suite 200<br>Boca Raton, FL 33432 | Solar City<br>PO Box 3500<br>Draper, UT 84020 |
| State of New Jersey<br>Division of Taxation<br>P.O. Box 245<br>Trenton, NJ 08695-0245 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 |
| Target Card Services<br>PO Box 660170<br>Dallas, TX 75266-0170 | Target<br>c/o Target Credit Services<br>PO Box 673<br>Minneapolis, MN 55440-0673 |
| TD Bank, USA<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | TD Bank Visa<br>PO Box 84037<br>Columbus, GA 31908-4037 |
| Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Bank/Bob's Discount Furniture<br>PO Box 10347<br>Des Moines, IA 50306-0347 |
| Wells Fargo Dealer Services<br>Attn: Correspondence - MAC T9017-026<br>PO Box 168048<br>Irving, TX 75016-8048 | Westgate Town Center Owners Association Inc<br>Westgate Resorts<br>2801 Old Winter Garden Rd<br>Ocoee, FL 34761-2965 |